IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID JEROME PARKER, #124838, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:02cv1236-D |
| | ) WO |
| SIDNEY WILLIAMS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon CONSIDERATION of the Recommendation of the Magistrate Judge, filed April 19, 2005, and Plaintiff's Objections, filed May 5, 2005, it is ORDERED as follows.

1. Plaintiff's Objections be and the same are hereby OVERRULED.

2. The Recommendation of the Magistrate Judge be and the same is hereby ADOPTED, APPROVED and AFFIRMED.

3. Defendants' motions for summary judgment be and the same are hereby GRANTED on the federal claims for relief presented by Plaintiff and said claims be and the same are hereby DISMISSED with prejudice.

4. Plaintiff's supplemental state law claims be and the same are hereby DISMISSED without prejudice.

Done this 16th day of May, 2005.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE